THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Larry Lorenzen,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-436 
Submitted April 18, 2003  Filed June 
 25, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of 
 Columbia,  for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. 
 McIntosh; Assistant Deputy Attorney General Charles H. Richardson, all of Columbia; 
 and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Larry Lorenzen was indicted for first degree criminal sexual 
 conduct (CSC), second degree CSC and committing a lewd act on a child.  Lorenzen 
 was tried and convicted of first degree CSC and second degree CSC.  He was sentenced 
 to life without parole.  Lorenzen appeals his convictions arguing the trial 
 court erred by excluding evidence showing the victim had accused a third party 
 of molestation in the past.  
Counsel for Lorenzen submitted a final brief and attached a petition 
 to be relieved stating he reviewed the record and found the appeal to be without 
 merit.  After a review of the record, Lorenzens pro se brief 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Lorenzens appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.